

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00477-CV

IN THE INTEREST OF B.G., B.G., AND B.G., CHILDREN

§ On Appeal from County Court at Law No. 1

§ of Wichita County (CCL1-CP2023-2329)

§ December 12, 2024

§ Memorandum Opinion by Justice Wallach

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed as moot.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
Justice Mike Wallach